822

No. 77–1566. SARGENT-WELCH SCIENTIFIC Co. v. VENTRON CORP. ET AL. C. A. 7th Cir. Certiorari denied. ▇

No. 77–1569. CATALDO ET UX. v. LAND ET AL. C. A. 2d Cir. Certiorari denied. ▇

No. 77–1573. AMERICAN TELEPHONE & TELEGRAPH Co. ET AL. v. O'CONNOR, U. S. DISTRICT JUDGE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–1574. DEKELAITA v. SHELL OIL Co. C. A. 9th Cir. Certiorari denied. ▇

No. 77–1576. BROWNING v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▇

No. 77–1577. WILLIAMS v. CLAYTOR, SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied. ▇

No. 77–1580. GIST ET AL. v. STAMFORD HOSPITAL DISTRICT ET AL. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied. ▇

No. 77–1582. WALLS v. BELL, ATTORNEY GENERAL, ET AL. C. A. 7th Cir. Certiorari denied. ▇

No. 77–1585. STEPHENSON ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▇

No. 77–1586. KEECH ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. ▇

No. 77–1588. NASH ET AL. v. FARMERS NEW WORLD LIFE INSURANCE Co. ET AL. C. A. 6th Cir. Certiorari denied. ▇

No. 77–1589. OLIVETI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▇